Rutha Lee SMITH, Plaintiff-Appellant,

v.

JACKSON STATE COLLEGE et al., Defendants-Appellees.

No. 30835

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

April 7, 1971.

---

*[1]  Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of

New York et al., 5 Cir., 1970, 431 F.2d 409.

Melvyn R. Leventhal, Anderson, Banks, Nichols & Leventhal, Jackson, Miss., Jack Greenberg, James M. Nabrit, III, Conrad Harper, New York City, for plaintiff-appellant.

A. F. Summer, Atty. Gen., State of Miss., William A. Allain, Asst. Atty. Gen., Jackson, Miss., for defendants-appellees.

Before BROWN, Chief Judge, INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

We are impelled to dismiss this appeal for want of jurisdiction. An appeal was taken from an order denying a temporary restraining order. Such an order is not appealable. Smith v. Grady, 411 F.2d 181 (5th Cir., 1969); Chandler v. Garrison, 394 F.2d 828 (5th Cir., 1967).

Dismissed.